## MATTIE JAY ET AL. V. THE STATE.

### No. 538.    Decided January 30.

Scire Facias Cases—Briefs in—Practice on Appeal.—Scire facias cases on forfeited recognizance or bail bonds are by statute expressly declared to be governed by the same rules governing other civil actions (Code of Criminal Procedure, articles 444-449); and on appeal, unless briefs have been filed in the court below and in this court in compliance with the Rules, such appeals will be dismissed.

APPEAL from the County Court of Ellis.    Tried below before Hon. D. F. SINGLETON, County Judge.

An information was filed in the County Court against appellant, charging her with adultery with one Dan Levine, a married man. Upon her arrest, she executed a bail bond for her appearance to answer at the next regular term of the court.    Failing to appear at said term, her bond was forfeited, and judgment nisi rendered against her and her sureties.    Scire facias was duly issued, and at the next term of court the judgment nisi was made final, and the parties appealed from said final judgment to the Court of Criminal Appeals.

In the Court of Criminal Appeals the Assistant Attorney-General moved to dismiss the appeal, "for that counsel for appellant did not file any brief in this court nor in the court below, as is required by the rules of this court in such cases."    This motion was sustained.

No briefs for appellant.

*Mann Trice,* Assistant-Attorney-General, for the State.

HURT, PRESIDING JUDGE.—This appeal is prosecuted from a judgment on a forfeited bail bond.    It is filed here without briefs, and motion is made by the Assistant-Attorney-General to dismiss this appeal, because of the failure of the appellants to file their brief in this court, and in not complying with the Rules in filing copy in the lower court.    This character of case is governed by the same rules on appeal as civil causes by express statutory enactment.

The appeal is dismissed.

*Dismissed.*

Judges all present and concurring.